IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBA SANCHEZ LOPEZ, (A243-062-227),<br><br>       Petitioner,<br><br>    v.<br><br>FIELD OFFICE DIRECTOR, et al.,<br><br>       Respondents. | Case No. 5:26-cv-03886 JMS-PVC<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636, the court has reviewed the 28 U.S.C. § 2241 Petition regarding Petitioner Alba Sanchez Lopez (A243-062-227), as well as the record and filings in this case, along with the Magistrate Judge's July 22, 2026 Report and Recommendation.  No party filed objections to the Report and Recommendation within the time permitted.  *See* ECF No. 9 at PageID#:183; ECF No. 10 at PageID#:188.  The court accepts the recommendations of the Magistrate Judge.  As recommended, IT IS ORDERED:

    1.    The July 22, 2026 Report and Recommendation is ACCEPTED;

    2.    The Petition, ECF No. 1, is GRANTED such that Respondents shall immediately release Petitioner Alba Sanchez Lopez (A243-062-227) from custody.

3.  Respondents are enjoined from removing Petitioner from the United States while her appeal is pending before the Board of Immigration Appeals;

4.  Petitioner is granted leave to file within 30 days of the entry of judgment a motion for costs and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412;

5.  Respondents shall file a Notice of Compliance, confirming their compliance with the court's order, within seven court days.  After such confirmation is received, judgment will be entered consistent with this Order.

DATED:  August 6, 2026.



/s/ J. Michael Seabright

J. Michael Seabright
United States District Judge