JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBA SANCHEZ LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>FIELD OFFICE DIRECTOR, LOS ANGELES OFFICE OF DETENTION AND REMOVAL, ET AL.,<br><br>Respondents. | Case No. 5:26-cv-03886-JMS-PVC<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, ECF No. 11,

IT IS ADJUDGED that the Petition is granted. The Petition, ECF No. 1, is GRANTED such that Respondents shall immediately release Petitioner Alba Sanchez Lopez (A243-062-227) from custody. Respondents are enjoined from removing Petitioner from the United States while her appeal is pending before the Board of Immigration Appeals; Petitioner is granted leave to file within 30 days of the entry of judgment a motion for costs and reasonable attorney's fees under the

Equal Access to Justice Act, 28 U.S.C. § 2412.

Having received an appropriate Notice of Compliance, ECF No. 13, judgment is now entered consistent with the Order Accepting Magistrate Judge's Report and Recommendation.

DATED: August 20, 2026.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge